# MEMORANDUM DECISIONS.

THE CHELSEA. (Circuit Court of Appeals, Second Circuit. April 2, 1906.) No. 190. Appeal from the District Court of the United States for the Southern District of New York. For opinion below, see 135 Fed. 616. Samuel Park, for appellant. Peter S. Carter, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree of District Court affirmed, with interest and costs.

DEVLIN v. PEEK et al. (Circuit Court of Appeals, Second Circuit. April 23, 1906.) No. 231. Appeal from the Circuit Court of the United States for the Southern District of New York. Chas. T. Haviland, for appellant. J. Edgar Bull, for appellees. Before WALLACE and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed on opinion of the court below. 135 Fed. 167.

DOEPFNER v. MICHAELIS. (Circuit Court of Appeals. Second Circuit. May 2, 1906.) No. 236. In Error to the Circuit Court of the United States for the Southern District of New York. A. F. Cosby, for plaintiff in error. Charles Dushkind, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The judgment is affirmed, on authority of Brogan v. Hanan (Sup.) 66 N. Y. Supp. 1066, and Trustees v. Foster, 156 N. Y. 354, 50 N. E. 971, 41 L. R. A. 554, 66 Am. St. Rep. 575, cases which are completely in point and in the reasoning of which we fully concur.

THE E25. THE JOHN FLEMING. THE JULIA G. TRUBEE. (Circuit Court of Appeals, Second Circuit. May 2, 1906.) Nos. 233-235. Appeals from the District Court of the United States for the Southern District of New York. For opinion below, see 136 Fed. 486. Albert A. Wray, for appellants. James Forrester, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Affirmed, with interest and costs.

F. W. MYERS & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 2, 1906.) No. 195 (1,585). Appeal from the Circuit Court of the United States for the Northern District of New York. The assignments of error referred to in the opinion relate to the percentage of pulp wood in one of the importations in controversy, as to which it was contended that only 34.9 per cent. was made from wood cut from public lands in the province of Quebec, and not 40 per cent., as found in the decisions below. H. G. Cookinham, for appellants. Taylor L. Arms, Asst U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The decision in this case is affirmed upon the opinions of Board of General Appraisers (G. A. 5,306, T. D. 24,306; G. A. 5,592, T. D. 25,035), and of the Circuit Court (140 Fed. 648), except in the respects pointed out in assignments of error Nos. 21 and 22. We find these assignments to be well taken, and judgment should be modified accordingly.